STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

ALEXANDER COHEN (SBN 202582)
cohenlawgroup@aol.com
ALEXANDER COHEN & ASSOCIATES
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA 90212
Telephone: 424.288.4367
Facsimile: 424.288.4368

ROBERT H. ROE (SBN 91041)
rroe@jsnpc.com
15651 Dickens Street, No. 104
Encino, CA 91436
Telephone: 760.443.0984
Facsimile: 818.235.0172
Attorneys for Plaintiff
SAMIRA KARANDISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIRA KARANDISH,<br><br>  Plaintiff,<br><br>  v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; an Indiana corporation; and DOES 1 through 20, inclusive,<br><br>  Defendants. | CASE NO. CV11-5148 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

## I.
## RECITALS

1. The parties have engaged in settlement negotiations and are working diligently toward resolving this case. Namely, plaintiff has made a settlement offer, which defendant is

seriously considering accepting.

2. Plaintiff's counsel, Alexander Cohen and Robert Roe are located in Southern California, and would like to avoid the time and expense of traveling to San Francisco for the Case Management Conference if possible, in light of the potential for settlement.

3. Settlement before the Case Management Conference would also save the Court and defense counsel time and resources in that regard.

4. As such, the parties have agreed to, and hereby respectfully request that the Court grant, the following stipulation:

## II.
## STIPULATION

The parties, by and through their respective counsel, hereby stipulate to continuing the Case Management Conference date currently scheduled to take place on January 20, 2012, to February 10, 2012 at 8:30 a.m.

Dated: January 13, 2012        ALEXANDER COHEN & ASSOCIATES

By: _____
ALEXANDER COHEN
Attorneys for Plaintiff
SAMIRA KARANDISH

Dated: January 13, 2012        ROBERT H. ROE

By: _____
ROBERT H. ROE
Attorneys for Plaintiff
SAMIRA KARANDISH

Dated: January 13, 2012        HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

By: ____//S//_____
STEPHEN M. HAYES
JAMIE A. RADACK
Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

### III.
### [~~PROPOSED~~] ORDER

The Case Management Conference is hereby continued from January 20, 2012, to February 10, 2012, at 8:30 a.m.

Dated: _____January 17_, 2012

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

