STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

ALEXANDER COHEN (SBN 202582)
cohenlawgroup@aol.com
ALEXANDER COHEN & ASSOCIATES
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA 90212
Telephone:  424.288.4367
Facsimile:  424.288.4368

ROBERT H. ROE (SBN 91041)
rroe@jsnpc.com
15651 Dickens Street, No. 104
Encino, CA 91436
Telephone:  760.443.0984
Facsimile:  818.235.0172
Attorneys for Plaintiff
SAMIRA KARANDISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIRA KARANDISH,<br><br>                    Plaintiff,<br><br>          v.<br><br>HARTFORD CASUALTY INSURANCE<br>COMPANY; an Indiana corporation; and<br>DOES 1 through 20, inclusive,<br><br>                    Defendants. | CASE NO.  CV11-5148 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE** |

## I.
## RECITALS

1.      The parties have engaged in settlement negotiations and are working diligently

toward resolving this case.  Namely, plaintiff has made a settlement offer, which defendant is

1 seriously considering accepting.

2      2.     Plaintiff's counsel, Alexander Cohen and Robert Roe are located in Southern

3 California, and would like to avoid the time and expense of traveling to San Francisco for the Case

4 Management Conference if possible, in light of the potential for settlement.

5      3.     Settlement before the Case Management Conference would also save the Court and

6 defense counsel time and resources in that regard.

7      4.     As such, the parties have agreed to, and hereby respectfully request that the Court

8 grant, the following stipulation:

## II.
## STIPULATION

11     The parties, by and through their respective counsel, hereby stipulate to continuing the Case

12 Management Conference date currently scheduled to take place on January 20, 2012, to February

13 10, 2012 at 8:30 a.m.

14 Dated: January 13, 2012          ALEXANDER COHEN & ASSOCIATES

16                      By: _____
17                           ALEXANDER COHEN
                             Attorneys for Plaintiff
                             SAMIRA KARANDISH

18 Dated: January 13, 2012          ROBERT H. ROE

20                      By: _____
21                           ROBERT H. ROE
                             Attorneys for Plaintiff
22                           SAMIRA KARANDISH

23 Dated: January 13, 2012          HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

25                      By: _____//S//_____
                             STEPHEN M. HAYES
26                           JAMIE A. RADACK
                             Attorneys for Defendant
27                           HARTFORD CASUALTY INSURANCE
                             COMPANY

28

364025                                    -2-

## III.
## [PROPOSED] ORDER

The Case Management Conference is hereby continued from January 20, 2012, to February 10, 2012, at 8:30 a.m.

Dated: _____ January 17 , 2012



_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

364025

- 3 -