STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
HARTFORD CASUALTY INSURANCE COMPANY

ALEXANDER COHEN (SBN 202582)
cohenlawgroup@aol.com
ALEXANDER COHEN & ASSOCIATES
9701 Wilshire Boulevard, 10th Floor
Beverly Hills, CA 90212
Telephone: 424.288.4367
Facsimile: 424.288.4368

ROBERT H. ROE (SBN 91041)
rroe@jsnpc.com
15651 Dickens Street, No. 104
Encino, CA 91436
Telephone: 760.443.0984
Facsimile: 818.235.0172
Attorneys for Plaintiff
SAMIRA KARANDISH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMIRA KARANDISH,<br><br>             Plaintiff,<br><br>     v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY; an Indiana corporation; and DOES 1 through 20, inclusive,<br><br>             Defendants. | CASE NO. CV11-5148 CRB<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

IT IS HEREBY STIPULATED by Plaintiff Samira Karandish through her attorneys of record, Alexander Cohen of Alexander Cohen & Associates and Rob H. Roe, and Defendant Hartford Casualty Insurance Company through their attorneys of record Stephen M. Hayes and

1  Jamie A. Radack of Hayes Scott Bonino Ellingson & McLay, LLP, that the above-captioned action
2  be, and hereby is, DISMISSED WITH PREJUDICE pursuant to Federal Rules of Civil Procedure,
3  rule 41(a)(1).

4  Dated: February 2, 2012          ALEXANDER COHEN & ASSOCIATES

6                                   By: _____
                                         ALEXANDER COHEN
7                                        Attorneys for Plaintiff
                                         SAMIRA KARANDISH

8  Dated: February 2, 2012          ROBERT H. ROE

10                                  By: _____
11                                       ROBERT H. ROE
                                         Attorneys for Plaintiff
12                                       SAMIRA KARANDISH

13 Dated: February 2, 2012          HAYES SCOTT BONINO ELLINGSON & MCLAY, LLP

15                                  By: _____
                                         STEPHEN M. HAYES
16                                       JAMIE A. RADACK
                                         Attorneys for Defendant
17                                       HARTFORD CASUALTY INSURANCE
                                         COMPANY

## ORDER

IT IS SO ORDERED.

Dated: __Febraury 6__, 2012



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | **CASE NAME:** Karandish (Samira) v. Hartford Casualty Insurance Company |
| | **CASE NO.:** CV11-5148 CRB |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood City, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY EMAIL) by transmitting via email the document(s) listed above to the corresponding email address(es), or as stated on the attached service list, on this date before 5:00 p.m.

| | |
|---|---|
| Alexander Cohen, Esq.<br>ALEXANDER COHEN & ASSOCIATES<br>9701 Wilshire Boulevard, 10th Floor<br>Beverly Hills, CA 90212<br>Telephone: 424.288.4367<br>Facsimile: 424.288.4368<br>Email: cohenlawgroup@aol.com<br><br>**Attorney for Plaintiff**<br>**SAMIRA KARANDISH** | Robert H. Roe, Esq.<br>15651 Dickens Street, No. 104<br>Encino, CA 91436-3133<br>Telephone: 760.443.0984<br>Facsimile: 818.235.0172<br>Email: rroe@jsnpc.com<br><br>**Attorney for Plaintiff**<br>**SAMIRA KARANDISH** |

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 3, 2012, at Redwood City, California.

*/s/ Abigail Calderon*
Abigail Calderon

-1-
**PROOF OF SERVICE – CASE NO. CV11-5148 CRB**